No. 1307. MERCADER, DEMANDANTE Y APELANTE, *v.* PACHE-
CO, DEMANDADA Y APELADA.—Divorcio. Mayagüez. Marzo
30, 1915. *Desestimada la apelación.*

----

No. 791. EL PUEBLO, DEMANDANTE Y APELADO, *v.* PAGÁN,
ACUSADO Y APELANTE.—Acometimiento y agresión con agra-
vantes. Arecibo. Marzo 31, 1915. *Confirmada la sentencia.*

----

No. 808. EL PUEBLO, DEMANDANTE Y APELADO, *v.* GARCÍA,
ACUSADO Y APELANTE.—Acometimiento y agresión con circuns-
tancias agravantes. Guayama. Marzo 31, 1915. *Confirma-
da la sentencia.*

----

No. 751. EL PUEBLO, DEMANDANTE Y APELADO, *v.* GONZA-
LEZ, ACUSADO Y APELANTE.—Delito contra el derecho electoral.
Ponce. Abril 5, 1915. *Confirmada la sentencia.*

----

No. 769. EL PUEBLO, DEMANDANTE Y APELADO, *v.* PILLOT,
ACUSADO Y APELANTE.—Infracción al artículo 162 del Código
Penal. Guayama. Abril 5, 1915. *Revocada la sentencia ape-
lada.* Absuelto el acusado, vista la jurisprudencia estableci-
da en los casos de *El Pueblo* v. *Gallardo, El Pueblo* v. *Rivera,
El Pueblo* v. *González, El Pueblo* v. *Bones,* y *El Pueblo* v.
*García,* resueltos en Mayo 8, 1915.

----

No. 792. EL PUEBLO, DEMANDANTE Y APELADO, *v.* GINES ET
AL., ACUSADOS Y APELANTES.—

No. 794. EL PUEBLO, DEMANDANTE Y APELADO, *v.* GINES ET
AL., ACUSADOS Y APELANTES.—

Infracción a la Ley regulando el trabajo de mujeres y ni-
ños. Arecibo. Abril 9, 1915. *Confirmadas las sentencias.*